UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES KELLEY,<br><br>    Plaintiff,<br><br> v.<br><br>TRIMARK USA, LLC,<br><br>    Defendant. | Case No. 22-cv-00398-TSH<br><br>**ADMINISTRATIVE ORDER CLOSING CASE** |

On February 15, 2022, the Court granted the parties' stipulation to stay this case pending their participation in arbitration. ECF No. 12. As there appears to be no reason to maintain the file as an open one for statistical purposes, the Clerk is instructed to terminate the case. Nothing contained in this minute entry shall be considered a dismissal or disposition of this action, and should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered

**IT IS SO ORDERED.**

Dated: February 15, 2022

                 _____
                 THOMAS S. HIXSON
                 United States Magistrate Judge